UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN CULLEN and BARBARA CULLEN,<br>*Plaintiffs,*<br>vs.<br>STEPHEN WOERNER, Finance Director for the Town of Lincoln and DAVID ROBERT, individually and in his official capacity as Tax Assessor of the Town of Lincoln,<br>*Defendants.* | CA 06 192 T<br>C.A. No.<br>*{R.I. Superior Court C.A. No. PC06-1840}* |

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants, Stephen Woerner, Finance Director for the Town of Lincoln and David Robert, individually and in his official capacity as Tax Assessor of the Town of Lincoln, are defendants in a civil action filed in the Kent County Superior Court entitled, *John Cullen, et al. v. Stephen Woerner, et al., C.A. No. PC06-1840.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about April 17, 2006.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 26th day of April 2006, to:

Stephen H. Burke, Esq. (#2759)
RATCLIFFE BURKE HARTEN & ELLAS LLP
1600 Financial Plaza
Providence, RI 02903
(401) 334-3400
(401) 331-3440 fax