STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JOHN CULLEN and )
BARBARA CULLEN, )
Plaintiffs )
)
vs. )
)
STEPHEN WOERNER, Finance Director )
for the Town of Lincoln and DAVID )
ROBERT, individually and in his official )
capacity as Tax Assessor of the Town of )
Lincoln )

CA No.: PC 06-1840

# COMPLAINT

## Parties

1. Plaintiff, John J. Cullen, is a resident of Lincoln, Rhode Island.

2. Plaintiff, Barbara Cullen, is a resident of Lincoln, Rhode Island.

3. The Town of Lincoln is a municipal corporation, and Stephen Woerner is its Finance Director. He is named as a defendant in accordance with the provisions of Rhode Island General Laws § 45-15-5.

4. David Robert was, at all times relevant to the matters described herein, Tax Assessor of the Town of Lincoln under Article VII, Section C7-7 of the Lincoln home rule charter. Defendant Robert is sued in his official and individual capacity.

## Jurisdiction

5. This Court has subject matter jurisdiction over this matter pursuant to Rhode Island General Laws §8-2-14.

## General Allegations

6. John and Barbara Cullen (collectively, the "Plaintiffs"), have owned and resided in

their home located at 99 Old River Road in Lincoln, Rhode Island (the "Cullen Residence") since 1992. The Cullen Residence is ratable property, as that term is used in R. I. Gen. Laws § 44-5-3.

7. The Rhode Island General Assembly has provided for the classification of ratable property for purposes of levying real and personal property taxes in the Town of Lincoln. Class 1 real estate consists of residential real estate consisting of no more than five (5) dwelling units. Prior to the events described in this Complaint, the Cullen Residence had been classified as a Class 1 residence since 1993 under applicable Lincoln ordinances.

8. Pursuant to R. I. Pub. Laws Section 94-024, Rhode Island General Laws § 44-5-20.29 and the Town of Lincoln Code of Ordinance § 18-4, the Town of Lincoln's homestead exemption of 35% of assessed value applies to Class 1 residences such as the Cullen Residence. Copies of relevant statutes and ordinances are attached to this complaint as **Exhibit A**.

9. Consistent with its character as a Class 1 residential property, the Cullens have operated a small bed and breakfast facility since 1993 known as the Whipple Cullen Bed and Breakfast (the "B&B"). The B&B consisted of four rooms in the Cullen Residence, which the Cullens occasionally rented to members of the public.

10. At all relevant times hereto, the Town of Lincoln, by and through the members of its Town Council from time to time, and Defendant Robert had knowledge of the operation of the B&B at the Cullen Residence. Defendant Robert had personally visited the B&B (which is directly across the street from the Lincoln Town Hall) in January 2004.

11. In December of 2004, Plaintiff John Cullen publicly criticized Defendant Robert, in his official capacity as the Lincoln Tax Assessor, and the Town Council of the Town of Lincoln, as Defendant Robert's employer, by questioning Defendant Robert's integrity and capability at a Town Council Meeting, one purpose of which was to evaluate Defendant Robert's tenure as Tax Assessor

and to consider whether to renew his contract in that capacity. A copy of the comments delivered by Mr. Cullen at the December 2004 Town Council meeting are attached to this Complaint as **Exhibit B.**

12. Notwithstanding Mr. Cullen's concerns as expressed in **Exhibit B**, the Defendant Town of Lincoln, by and through its Town Council, renewed Defendant Robert's contract as Tax Assessor.

13. In May of 2005, in willful retaliation for Plaintiff John Cullen's public criticism of his actions as Lincoln Tax Assessor, Defendant Roberts unilaterally changed the real estate tax classification of the Cullen Residence to Class 2, effective as of the previous tax assessment date, December 31, 2004. Class 2 properties consist of commercial and industrial real estate, residential real estate containing partial commercial or industrial uses, and residential real estate of more than five (5) dwelling units. See **Exhibit A.** Defendant Robert did not notify the Cullens of this reclassification, or that as a result thereof they would no longer qualify for the Homestead Exemption. As a result of this reclassification, the Cullens were taxed at a commercial rate and lost the benefit of the Homestead Exemption, whereby their real estate taxes for the years 2004 and 2005 have increased by an amount in excess of Nine Thousand ($9,000.00) Dollars per year.

14. During the year 2005, without notice to the Cullens, Defendant Robert attempted to amend the Cullens' real estate tax bill attributable to the Cullen residence for the years 2004 and 2005 so as to (a) deprive them of the benefit of the Homestead Exemption to which they were entitled, which exemption had a value to the Cullens of approximately Two Thousand Eight Hundred Dollars and (b) for 2005 only, levy real estate taxes at the Class 2 commercial property tax rate, as opposed to the Class 1 residential tax rate. Copies of the Cullens' real estate tax bills for the years 2004 and 2005 are attached to this Complaint at **Exhibit C.**

15. In addition to the re-classification of the Cullen Residence and the retroactive and prospective denial of the Homestead Exemption to that property, Defendant Robert, also in retaliation for Plaintiff John Cullen's criticism, arbitrarily and capriciously reassessed the balance of Cullen's real and personal property, and property which they own through various entities, as follows.

| Plat Lot | Real Estate | 2004 Assessment | 2005 Assessment |
|---|---|---|---|
| P-29 L-319 | 37 Cullen Hill Road | $256,900 | $262,100 |
| P-29 L-336 | 95 Old River Road | $213,500 | $216,500 |
| P-29 L-294 | 103 Old River Road | $322,900 | $363,500 |
| P-29 L-289 | George Washington Highway | $193,200 | $207,300 |
| P-29 L-329 | 99 Old River Road (Home) | $427,300 | $428,200 |
| **Plat Lot** | **Personal Property** | **2004 Assessment** | **2005 Assessment** |
| P-29 L-289 | George Washington Highway | $42,780 | $50,000 |
| P-29 L-329 | Cullen Homestead | $1,640 | $20,000 |

16. Defendant Robert's actions in reclassifying the Cullen Residence, and in denying the Cullens their Homestead Exemption, and in willfully and arbitrarily reassessing the Cullen's other property, were taken under color of state law.

**COUNT I**

**Taxation In Excess Of Authority to Levy Taxes**

**And Failure to Comply With Taxing Statutes**

17. At all times relevant hereto, the Cullen Residence has been owner occupied and has been residential real estate consisting of no more than seven (7) dwelling units.

18. For approximately nine (9) years prior to 2004, the Cullen Residence was properly classified as a Class 1 residential property, entitled to the benefit of the Homestead Exemption, notwithstanding the existence of the B&B.

19. In early 2005, Defendant Robert reclassified the Cullen Residence as Class 2 property and retroactively and prospectively denied the Cullen Residence its Homestead Exemption.

20. The Cullens are entitled to the benefits of the Class 1 residential real estate tax rate, and to the Homestead Exemption under the laws and ordinances cited previously in this Complaint.

21. As a result of the willful and malicious reclassification of their personal residence, the Cullens have suffered substantial loss in their right to enjoy the residential real estate Class 1 tax rate and the Homestead Exemption to which they are entitled.

22. The Cullen Residence was not omitted from the tax roll in 2004 or 2005.

23. Additional taxes assessed against the Cullen Residence for the tax year 2004 were not annexed to the general tax roll in 2005, nor were they identified as such on the annual certification pursuant to R. I. Gen. Laws § 44-5-23.

24. Notices were not sent to the Cullens, requiring submission of a true and exact account of real estate owned for each year of back taxes levied as required by R. I. Gen. Laws § 44-5-24.

25. No vote of the Lincoln Town Council identified the Cullen Residence as an addition to the tax roll for the years 2004 or 2005.

26. Defendant Robert and the Town of Lincoln, acting by and through Defendant Robert, have improperly assessed the Cullens' residential real estate, and have levied property taxes thereon exceeding those authorized by law and in a manner not authorized by the Rhode Island General Laws.

27. As a result of the willful and malicious reclassification of their personal residence, the Cullens have suffered substantial loss in their right to enjoy their real estate in that the additional tax levied as a result of the loss of the Homestead Exemption, and the taxation of their property as Class 2 property, has forced them to close the B&B.

WHEREFORE, Plaintiffs demand that this Court enter judgment in their favor as follows:

A. That the Defendants be ordered to classify the Cullens' personal residence as Class 1 Residential Real Estate as authorized by law, and to give the Cullens the benefit of the homestead exemption for the years 2004, 2005 and thereafter;

B. That consistent with Paragraph A above, the Defendants be ordered to abate the taxes on the Cullen Residence by the amount of the Homestead Exemption for the years 2004 and 2005, and by the amount of the taxes assessed as a result of the reclassification of the Cullen Residence as Class 2 property during those years, together with all interest accrued on any portion of such taxes; and

C. That the Cullens be awarded such damages as may be proven at trial arising as a result of the loss of their business, together with exemplary or punitive damages, interest, costs and reasonable attorneys' fees and such other relief as this Court may deem appropriate.

## COUNT II

### Violation of Constitutional Right under the Rhode Island Constitution

28. The Plaintiffs incorporate the allegations set forth in Paragraphs 1-27 of this Complaint as if fully set forth at length herein.

29. The Plaintiffs are citizens of the United States and of the State of Rhode Island and are entitled to all the rights of such citizens as conferred by the Rhode Island Constitution and by the Constitution of the United States.

30. In December 2004, the Plaintiffs exercised their rights as conferred in Article 1, Section 21 of the Rhode Island Constitution at a Lincoln Town Council meeting. During this Town Council meeting, the Plaintiffs expressed negative opinions pertaining to the Tax Assessor, David Robert.

31. As a direct result of the Plaintiffs' exercise of their Constitutional rights, and for no other reason, David Robert willfully, unilaterally and under color of state law reassessed the Cullen Residence, as well as other real and tangible property owned by the Cullens, and declassified the Cullen Residence as a Class 1 residence, reclassified the Cullen Residence as Class 2 real estate and denied the Cullens the Homestead Exemption, whereby the Cullens have suffered damages and have been forced to shut down the B&B.

32. David Robert's actions were retaliatory and in violation of the Plaintiffs' rights conferred by Article 1, Sections 2 and 15 of the Rhode Island Constitution and by the Fifth and Fourteenth Amendments to the Constitution of the United Sates.

WHEREFORE, Plaintiffs demand judgment in their favor in the amount this Court finds appropriate, plus interest, costs and reasonable attorneys' fees.

**COUNT III**

**Attorney Fees**

33. The Plaintiffs incorporate the allegations set forth in Paragraphs 1-32 of this Complaint as if fully set forth at length herein.

34. The Town of Lincoln and its agencies and agents possess a tremendous power in their ability to affect the individuals and businesses they regulate or otherwise affect directly.

35. The Town's and its Tax Assessor's ability to determine benefits, impose fines, suspend or revoke licenses, or to compel or restrict activities imposes a great, and to a certain extent, unfair burden upon the Cullens and their B&B.

36. The Cullens, as individuals and small business owners, are least able to contest the Town's and Robert's actions, which actions are other than those which are in the best interest of the public.

37. By contesting the Defendants' unjust action in this case and prevailing, the Cullens will perform an important service to the public in compelling the Defendants to enforce the laws of this state and the Town of Lincoln as they were written by the elected representatives of this state and the Town Council.

38. The financial burden borne by the Cullens and their B&B should be, in all fairness, subject to state and/or municipal reimbursement of reasonable litigation expenses when the Cullens prevail in this action, since the actions of the Defendants are without substantial justification.

39. This is an action to redress a deprivation of rights, privileges or immunities secured by the Constitution and laws of the United States as those terms are used in 42 U.S.C. § 1983.

WHEREFORE, Plaintiffs demand that they be awarded reasonable attorneys' fees as prevailing parties in this matter as authorized by 42 U.S.C. § 1988 and by R.I. Gen. Laws § 42-92-1.

**PLAINTIFFS DEMAND A JURY TRIAL AS TO ALL MATTERS SO TRIABLE.**

Plaintiffs
John Cullen and Barbara Cullen,

By their attorneys,

Ratcliffe Burke Harten & Elias LLP

Stephen H. Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401-334-3400
Fax: 401-331-3440

Date: 3-31-06

VERIFICATION

I, John Cullen, have read the allegations set forth in this Verified Complaint and the same are true to the best of my knowledge and belief.

John Cullen

Subscribed before me in Providence, Rhode Island on this 31st day of March, 2006.

Stephen H. Burke
Notary Public
My Commission Expires: 11/21/08

A

# TITLE 44
# Taxation

## CHAPTER 44-5
## Levy and Assessment of Local Taxes

### SECTION 44-5-20.29

§ 44-5-20.29 **Property tax classification – Lincoln – Tax levy determination.** – (a) The assessor and finance director shall provide to the town council a list containing the full and fair valuation of each property class, and with the approval of the town council, annually determine the percentage of the tax levy to be apportioned each class of property and shall annually apply tax rates sufficient to produce the proportion of the total tax levy.

*(1) Class 1.* Residential real estate consisting of no more than five (5) dwelling units including dwellings on leased land including mobile homes. The existing homestead exemption authorized for residential properties shall continue in full force and effect.

*(2) Class 2.* Commercial and industrial real estate, residential real estate containing partial commercial or industrial uses, and residential real estate of more than five (5) dwelling units.

*(3) Class 3.* All ratable tangible personal property excluding motor vehicles and trailers. (Notwithstanding any provisions of the contrary, the tax rates applicable to wholesale and retail inventory within Class 3 are governed by § 44-3-29.1).

*(4) Class 4.* Motor vehicles and trailers subject to the excise tax created by §§ 44-34-1 et seq., and 44-34.1-1 et seq. [This subdivision shall be repealed effective July 1, 2005].

Ordinance 04-09

**AN ORDINANCE IN AMENDMENT OF THE CODE OF ORDINANCES OF THE TOWN OF LINCOLN ENTITLED "TAXATION"**

The Town Council of the Town of Lincoln hereby ordains as follows:

Section 1: Chapter 18 of the Code of Ordinances, Town of Lincoln, Rhode Island is hereby amended to read as follows:

Section 2: **Section 18-4. Tax Classification.**

(a) In accordance with the power vested in the Town Council by state law to be effective with the assessment of all ratable property situated within the Town made as of December 31, 2003 and contemporaneous with the comprehensive revaluation of property as mandated by R.I.G.L. § 44-5-11.6, the Town of Lincoln hereby adopts designated classes of property in accordance with subsection (b) of this section.

(b) **Classes of Property.**

(i) Class 1. Residential real estate consisting of no more than five [5] dwelling units including dwellings on leased land including mobile homes. The existing homestead exemption authorized for residential properties shall continue in full force and effect, provided however, that the actual effective rate applicable to property qualifying for this exemption shall be construed as the standard rate for this class against which the maximum rate applicable to another class shall be determined under the provisions of subsection (c) (i) hereof.

(ii) Class 2. Commercial and industrial real estate, residential real estate containing partial commercial or industrial uses, and residential real estate of more than five [5] dwelling units.

(iii) Class 3. All ratable tangible personal property excluding motor vehicles and trailers.

(iv) Class 4. Motor vehicles and trailers subject to the excise tax created by R.I.G.L. § 44-34-1 *et seq* and 44-34.1-1 *et seq.* [This subdivision shall be repealed effective July 1, 2005].

(c) **Application and limitations.**

(i) The effective tax rate applicable to any class of property shall not exceed by fifty [50%] percent the rate applicable to any other class of property.

(ii) Any tax rate changes from one year to the next shall be applied such that the same percentage rate change is applicable to all classes of property.

(iii) Notwithstanding the provisions of subdivisions (c) (i) and (ii), the tax rates applicable to wholesale and retail inventory within Class 3 as defined in subsection (b) (iii) are governed by R.I.G.L. 44-3-29.1

(iv) The provisions of R.I.G.L. 44-35-1 *et seq.* relating to property tax and fiscal disclosure applies to the reporting and compliance with the classification restrictions contained in this ordinance.

Section 3. Any provisions of the Town Ordinances inconsistent with the provisions of this Amendment are hereby repealed.

Section 4. The provisions of this Amended Ordinance shall take effect upon passage.

Filed with Clerk: June 9, 2004

Introduced by: Sue P. Sheppard, Town Administrator

Referred to: Ordinance Committee June 14, 2004

Passed On: June 15, 2004 (3-1 with Councilor Melucci opposed and Councilor Lees abstained)

Approved: ______________________

**June 14, 2004**

A special meeting of the Lincoln Town Council was called to order at 7:03 p.m. by council vice-chair Elizabeth Robinson. Councilors Auclair, Foster and Melucci were also present. Council President Lees was absent. Also present were Town Administrator Sue P. Sheppard, Assistant Solicitor Roger Ross, Finance Director Steve Woerner, Tax Assessor Dave Robert and Deputy Town Clerk Maureen F. Smith.

1. Tax Classification Ordinance for introduction.

Town Administrator Sue P. Sheppard and Assistant Solicitor Roger Ross briefed the council on the purpose of the ordinance.

Council voted unanimously to refer the ordinance to the committee meeting being held on June 15,2004 at 7:00 p.m. (Foster-Auclair)

<u>AN ORDINANCE IN AMENDMENT OF THE CODE<br>OF ORDINANCES OF THE TOWN OF LINCOLN<br>ENTITLED "TAXATION"</u>

The Town Council of the Town of Lincoln hereby ordains as follows:

<u>Section 1:</u> Chapter 18 of the Code of Ordinances, Town of Lincoln, Rhode Island is hereby amended to read as follows:

<u>Section 2:</u> **Section 18-4. Tax Classification.**

(a) In accordance with the power vested in the Town Council by state law to be effective with the assessment of all ratable property situated within the Town made as of December 31, 2003 and contemporaneous with the comprehensive revaluation of property as mandated by R.I.G.L. § 44-5-11.6, the Town of Lincoln hereby adopts designated classes of property in accordance with subsection (b) of this section.

(b) **Classes of Property.**

(i). <u>Class 1.</u> Residential real estate consisting of no more than five [5] dwelling units including dwellings on leased land including mobile homes. The existing homestead exemption authorized for residential properties shall continue in full force and effect, provided however, that the actual effective rate applicable to property qualifying for this exemption shall be construed as the standard rate for this class against which the maximum rate applicable to another class shall be determined under the provisions of subsection (c) (i) hereof.

(ii) <u>Class 2.</u> Commercial and industrial real estate, residential real estate containing partial commercial or industrial uses, and residential real estate of more than five [5] dwelling units.

(iii) <u>Class 3.</u> All ratable tangible personal property excluding motor vehicles and trailers.

(iv) <u>Class 4.</u> Motor vehicles and trailers subject to the excise tax created by R.I.G.L. § 44-34-1 *et seq* and 44-34.1-1 *et seq.* [This subdivision shall be repealed effective July 1, 2005].

June 14, 2004 Mtg.
Exemption raised from 25% to 35%

(c) **Application and limitations.**

(i) The effective tax rate applicable to any class of property shall not exceed by fifty [50%] percent the rate applicable to any other class of property.

(ii) Any tax rate changes from one year to the next shall be applied such that the same percentage rate change is applicable to all classes of property.

(iii) Notwithstanding the provisions of subdivisions (c) (i) and (ii), the tax rates applicable to wholesale and retail inventory within Class 3 as defined in subsection (b) (iii) are governed by R.I.G.L. 44-3-29.1

(iv) The provisions of R.I.G.L. 44-35-1 *et seq.* relating to property tax and fiscal disclosure applies to the reporting and compliance with the classification restrictions contained in this ordinance.

<u>Section 3.</u> Any provisions of the Town Ordinances inconsistent with the provisions of this Amendment are hereby repealed.

<u>Section 4.</u> The provisions of this Amended Ordinance shall take effect upon passage.

2. Homestead Exemption Ratification

Town Administrator Sue P. Sheppard addressed the council on the reasons for the change in the Homestead Exemption from a 25% deduction to a 35% deduction for residential properties. She explained to the council the tax certification packet which included the Assessors statement of assessed valuations and tax levy, revaluation numbers, historic percentages of valuation and levy from 2001 forward and the percentage changes from the 2003 to the 2004 certification. The administrator is trying to keep an unfair shift of taxes from the residential to the industrial.

Motion to raise the current homestead exemption of 25% to 35% for the tax year beginning July 1, 2004 for properties revalued as of December 31, 2003 passed unanimously. (Foster-Auclair)

3. Bid for Architectural Services

Motion to approve the bid for Architectural and engineering services for construction of a new middle school and other public school renovations to Ai3 in the amount of $2,164,861.00 based upon the recommendations of the town finance director Steve Woerner. (Auclair-Foster)

4. Public Comment

There was no public comment.

Motion to adjourn passed unanimously. (Auclair-Foster) Meeting adjourned at 7:25 p.m.

Maureen F. Smith
Deputy Town Clerk

PUBLIC LAWS
CHAPTER

94--

94-024

STATE OF RHODE

JT. COMM. LEGISLATIVE SERVICES
LAW REVISION OFFICE

IN GENERAL ASSEMBLY

JANUARY SESSION, A.D. 1994

---

# A N A C T

## RELATING TO HOMESTEAD EXEMPTIONS IN THE TOWN OF LINCOLN

94-H 9423

Introduced By: Reps. Henard, Barr, M. Montalbano and Winfield
Date Introduced: March 24, 1994

Referred To: Read & Passed

It is enacted by the General Assembly as follows:

SECTION 1. Homestead exemptions in the Town of Lincoln. -- Notwithstanding any other provisions of the general or special laws to the contrary, the town administrator, upon approval of the town council of the town of Lincoln, is hereby authorized to annually fix the amount of homestead exemptions with respect to assessed value from local taxation on taxable real property used for residential purposes in the town of Lincoln and to grant homestead exemptions to such residential real estate in an amount not to exceed thirty-five percent (35%) of the assessed value. Any such exemption shall only apply to residential property improved with a dwelling house. Any such dwelling house shall consist of no more than four (4) dwelling units. This exemption shall not apply to any mixed use properties containing partial commercial or

business uses and shall not apply to vacant land.

SECTION 2. <u>Changes of use -- Effect on exemption. --</u> Exemptions for properties which experience an otherwise disqualifying change in use during the calendar year shall be determined and remain qualified for exemption according to the use in place as of December 31 of the year preceding the use change. Any qualified exemption shall remain in effect until the following December 31. No exemption will become effective for a property which experiences an otherwise qualifying change of use until the following December 31.

SECTION 3. <u>Approval of town electors. --</u> Notwithstanding any general or public law to the contrary, the question of the approval of this act shall be submitted to the electors of the town at a special municipal election to be held on the first Tuesday in June, 1994. The question shall be submitted in substantially the following form: "Shall an act entitled 'An Act Relating to Homestead Exemptions in the Town of Lincoln' be approved?" and the warning for the election shall contain the question to be submitted. From the time the special election is warned and until it is held, it shall be the duty of the town clerk to keep a copy of the act available at her office for public inspection, but the validity of the election shall not be affected by this requirement.

SECTION 4. <u>Severability. --</u> The invalidity of any section or sections or parts of any section or sections shall not affect the validity of the remainder of the act.

SECTION 5. <u>Effective dates. --</u> This section and section 3 shall take effect upon passage of this act. The remainder of this act shall take effect upon the approval

of this act by a majority of those voting on the question at the election prescribed by the foregoing section.

EXPLANATION

OF

AN ACT

RELATING TO HOMESTEAD EXEMPTIONS
IN THE TOWN OF LINCOLN

***

This act would authorize the town administrator, with the approval of the town council, to fix the amount of homestead exemptions and to grant homestead exemptions to residential real estate. This act would be subject to voter approval at a special municipal election.

/homestead/

S.

H.

AN ACT
RELATING TO HOMESTEAD EXEMPTIONS
IN THE TOWN OF LINCOLN

94H09423

PUBLIC LAWS
CHAPTER

JT COMM. LEGISLATIVE SERVICES
LAW REVISION OFFICE

************************************************************************************************

Rene R. Menard 58
John Douglas Barr III
Mark Montalbano 74
T. Winfield 69

READ AND PASSED IN CONCURRENCE
TRANSMITTED TO THE GOVERNOR
APR 13 1994
Raymond T. Hoyas Jr.
CLERK OF THE SENATE

EXECUTIVE DEPARTMENT,
Received APR 13 1994
APPROVED
APR 18 1994
GOVERNOR

IN HOUSE OF REPRESENTATIVES
READ & PASSED
MAR 24 1994
Clerk

IN THE SENATE MAR 24 1994
Read and referred to
the Committee on
CORPORATIONS
Reading Clerk

IN SENATE 4-5-94
THE COMMITTEE ON CORPORATIONS
RECOMMEND THE PASSAGE IN CON-
CURRENCE 94H 9423
OF THE WITHIN BILL
FOR THE COMMITTEE

IN THE SENATE APR 6, 1994
Ordered to be
placed upon the
Calendar.
Reading Clerk

IN THE SENATE APR 12 1994
Read and PASSED
IN CONCURRENCE
Reading Clerk

TOWN OF LI[illegible]N--HOMESTEAD EXEMPTION-- [illegible] 1994

| | | 58-1&2 | 58-3 | 59-1&3 | 59-4&5 | 59-6&7 | 69-1&2 | 74-1&2 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Homestead Exemption | A | 307 | 230 | 423 | 476 | 542 | 184 | 202 | 2,364 |
| | R | 38 | 22 | 16 | 12 | 19 | 19 | 9 | 135 |
| Assessment and Levy of Excise Taxes | A | 259 | 185 | 345 | 399 | 450 | 153 | 172 | 1,963 |
| | R | 79 | 61 | 88 | 87 | 95 | 47 | 34 | 491 |
| Total Vote | | 349 | 257 | 441 | 492 | 561 | 203 | 213 | 2,516 |
| Total Registered | | 1,802 | 1,296 | 2,221 | 2,316 | 2,388 | 1,020 | 964 | 12,007 |
| % Voted | | 19.37% | 19.83% | 19.86% | 21.24% | 23.49% | 19.90% | 22.10% | 20.95% |

# LOCAL REFERENDA

To vote, make a cross (X) within the square next to the answer you desire.

| | |
|---|---|
| APPROVE ☐<br>REJECT ☐ | 1<br>**RELATING TO HOMESTEAD EXEMPTIONS IN THE TOWN OF LINCOLN**<br>(Chapter 24 - Public Laws of 1994)<br>"Shall an act passed at the 1994 session of the general assembly entitled 'AN ACT RELATING TO HOMESTEAD EXEMPTIONS IN THE TOWN OF LINCOLN' be approved?"<br>If approved, this Act would authorize the Town Administrator, with the approval of the Town Council, to fix annually and uniformly the amount of homestead exemptions and to grant homestead exemptions on residential real estate in an amount not to exceed thirty-five percent (35%) of the assessed value thereof in accordance with the guidelines as set forth in the Act. |
| APPROVE ☐<br>REJECT ☐ | 2<br>**AMENDING RHODE ISLAND GENERAL LAWS SECTION 44-34-3 (b) AND RELATING TO THE ASSESSMENT AND LEVY OF EXCISE TAXES IN THE TOWN OF LINCOLN**<br>(Chapter 23 - Public Laws of 1994)<br>"Shall an act passed at the 1994 session of the general assembly entitled 'AN ACT AMENDING RHODE ISLAND GENERAL LAWS SECTION 44-34-3 (b) AND RELATING TO THE ASSESSMENT AND LEVY OF EXCISE TAXES IN THE TOWN OF LINCOLN' be approved?"<br>If approved, this Act would allow the Town of Lincoln to set excise taxes assessed by the Town at an amount which will equal no more than seventeen percent (17%) of the total real estate tax levy. |

Memorandum

To: Lincoln Finance Director, Town Council and Administrator
From: John & Barbara Cullen
Subject: Closing the Whipple-Cullen Bed and Breakfast
Date: 7/10/05
cc: File, Legal, Media

Lincoln elected officials and appointees: MS. Sheppard

As of August 1, 2005, we will cease operating our Bed and Breakfast at our homestead, which we have been operating since 1993 with Town of Lincoln approvals and BEST WISHES.

We will close our business because of the Sheppard Administration's vindictive, malicious and retaliatory response to our freedom of speech in criticizing her vengeful tax assessor.

Our tax on our homestead was $5000 in 2004 and now our 2005 tax is $10,000. The tangible ~~tax~~ ASSESSMENT in 2004 was $1640 and now the 2005 tangible ~~tax~~ ass is $20,000. This is how the Sheppard Administration treats a small business operating out of a taxpayer's residence, while giving a million dollar tax break to a billion dollar company (Target Co.). This is how the Sheppard Administration treats a residence that, at most, rents rooms nightly on an intermittent basis, clearing about three or four thousand dollars per year, while allowing landlords who rent up to seven units year round, earning tens of thousands of dollars, to retain their residential status and homestead exemptions.

We never received a notice that our tax status was to be changed; instead we were blind-sided after operating a bed and breakfast with the Town's full knowledge for over twelve years.

There is no fairness in this Administration; nevertheless, as a family of taxpayers when our town was still a part of Smithfield, we ask that the 2004 and 2005 no-notice increases be abated and our homestead residential status be restored.

LINCOLN, RI
KAREN D. ALLEN
TOWN CLERK
2005 JUL 11 P 4:25

John & Barbara Cullen
John Cullen
Barbara Cullen
99 Old River Rd.
Lincoln, R.I. 02865
333-1899

7/9/2005

C

LINCOLN 1st QUARTERLY PAYMENT 2004 | LINCOLN 2nd QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 07/31/2004
**1st Quarterly Payment: $1,294.29**
Annual Tax: $5,177.16

**2** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 10/31/2004
**2nd Quarterly Payment: $1,294.29**
Annual Tax: $5,177.16

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 01/31/2005
**3rd Quarterly Payment: $1,294.29**
Annual Tax: $5,177.16

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 04/30/2005
**4th Quarterly Payment: $1,294.29**
Annual Tax: $5,177.16

## LINCOLN : 2004 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| 29-329.0 at 99 OLD RIVER RD<br>EXEMPTION : Homestead | $108,900 | $318,400 | $427,300<br>( $149,555) | $7,964.87<br>( $2,787.71) |

Page 1 of 1

**Total Current Tax Bill $5,177.16**

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number 03-45781-00 | 2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

CULLEN JOHN J.
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

**1** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J
Payment Due Date: 07/31/2004
**1st Quarterly Payment: $696.95**
Annual Tax: $2,787.71

**2** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J
Payment Due Date: 10/31/2004
**2nd Quarterly Payment: $696.92**
Annual Tax: $2,787.71

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J
Payment Due Date: 01/31/2005
**3rd Quarterly Payment: $696.92**
Annual Tax: $2,787.71

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J
Payment Due Date: 04/30/2005
**4th Quarterly Payment: $696.92**
Annual Tax: $2,787.71

**LINCOLN 2004 TAX BILL**

CURRENT TAX BILL

| | | | | | |
|---|---|---|---|---|---|
| 29-329.0 at HOMESTEAD EX<br>*Supplemental Bill* | | | $149,555 | $149,555 | $2,787.71 |

Page 1 of 1

**Total Current Tax Bill $2,787.71**

PAST DUE TAX BILLS

This account has no past due bills.

| Remit Tax Payment with Stub to: | State Aid: | Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|---|---|
| Town of Lincoln<br>Tax Collector<br>PO Box 100<br>Lincoln, RI 02865 | FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000 | School | 12.80 | 18.43 | 6.74 |
| | | Municipal | 5.84 | 8.41 | 3.08 |
| | | Overall | 18.64 | 26.84 | 9.82 |

CULLEN JOHN J
99 OLD RIVER RD
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 07/31/2004
**1st Quarterly Payment: $44.02**
Annual Tax: $44.02

LINCOLN 2nd QUARTERLY PAYMENT 2004

**2** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 10/31/2004
**2nd Quarterly Payment: $0.00**
Annual Tax: $44.02

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 01/31/2005
**3rd Quarterly Payment: $0.00**
Annual Tax: $44.02

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 04/30/2005
**4th Quarterly Payment: $0.00**
Annual Tax: $44.02

## LINCOLN : 2004 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| Tangible - General (R) Plat/Lot: 29-329.0 | | | $1,640 | $44.02 |

Page 1 of 1

**Total Current Tax Bill $44.02**

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number 23-07586-01

2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

WHIPPLE-CULLEN FARMSTEAD B&B
99 OLD RIVER RD
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2005 | LINCOLN 2nd QUARTERLY PAYMENT 2005

**1** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 07/31/2005
**1st Quarterly Payment:** **$138.10**
Annual Tax: $552.40

**2** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 10/31/2005
**2nd Quarterly Payment:** **$138.10**
Annual Tax: $552.40

LINCOLN 3rd QUARTERLY PAYMENT 2005 | LINCOLN 4th QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 01/31/2006
**3rd Quarterly Payment:** **$138.10**
Annual Tax: $552.40

**4** Real / Tangible

Account Number: 23-07586-01
Owner: WHIPPLE-CULLEN FARMSTEAD B&B
Payment Due Date: 04/30/2006
**4th Quarterly Payment:** **$138.10**
Annual Tax: $552.40

CURRENT TAX BILL — LINCOLN : 2005 TAX BILL

| Description | | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|---|
| Furniture/ Fixtures/ Equipment | | | | $20,000 | $552.40 |

Page 1 of 1

**Total Current Tax Bill** **$552.40**

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 23-07586-01 — 2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to:
Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

WHIPPLE-CULLEN FARMSTEAD B&B
99 OLD RIVER RD
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

LINCOLN 1st QUARTERLY PAYMENT 2005

**1** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 07/31/2005
**1st Quarterly Payment:** **$2,504.97**
Annual Tax: $10,019.88

**Past Due:** **$3,121.09**

LINCOLN 2nd QUARTERLY PAYMENT 2005

**2** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 10/31/2005
**2nd Quarterly Payment:** **$2,504.97**
Annual Tax: $10,019.88

LINCOLN 3rd QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 01/31/2006
**3rd Quarterly Payment:** **$2,504.97**
Annual Tax: $10,019.88

LINCOLN 4th QUARTERLY PAYMENT 2005

**4** Real / Tangible

Account Number: 03-45781-00
Owner: CULLEN JOHN J.
Payment Due Date: 04/30/2006
**4th Quarterly Payment:** **$2,504.97**
Annual Tax: $10,019.88

## LINCOLN : 2005 TAX BILL

CURRENT TAX BILL

| Description | Land | Buildings | Valuation | Annual Tax |
|---|---|---|---|---|
| 29-329.0 at 99 OLD RIVER RD COMMERCIAL PROPERTY Rate: | $108,900 | $319,300 | $428,200 | $10,019.88 |

Page 1 of 1

**Total Current Tax Bill** **$10,019.88**

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|
| 2004 RP/Tng Sup Roll | 2787.71 | 0.00 | 0.00 | 2787.71 | 333.38 | 3121.09 |

Total Past Due Tax Bills: 3121.09

*** Interest is valid as of 07/31/2005. Interest will continue to accrue until the entire balance is paid.

Account Number: 03-45781-00

2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

CULLEN JOHN J.
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

LINCOLN 1st QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 07/31/2004
**1st Quarterly Payment:** **$287.07**
Annual Tax: $1,148.22

LINCOLN 2nd QUARTERLY PAYMENT 2004

**2** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 10/31/2004
**2nd Quarterly Payment:** **$287.05**
Annual Tax: $1,148.22

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 01/31/2005
**3rd Quarterly Payment:** **$287.05**
Annual Tax: $1,148.22

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 04/30/2005
**4th Quarterly Payment:** **$287.05**
Annual Tax: $1,148.22

## LINCOLN : 2004 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| Tangible - General (R) Plat/Lot: 29-304.0 | | | $42,780 | $1,148.22 |

Page 1 of 1

**Total Current Tax Bill** **$1,148.22**

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 16-36785-00 2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln, Tax Collector, PO Box 100, Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.8 |

PUBLIC SELF STORAGE INC
%JOHN CULLEN
RT 116 WASHINGTON HWY
LINCOLN RI 02865

*If any installment is not paid by the due date, then the en[tire] unpaid balance shall become due and carry until collected [an] interest rate of 12% per annum from the date the quarte[rly] payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exem[ption on] owner-occupied homes (up to 7 living units), you m[ust come to] the Tax Assessor's office and present your driver's [license and a] utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2005 | LINCOLN 2nd QUARTERLY PAYMENT 2005

**1** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 07/31/2005
**1st Quarterly Payment: $345.25**
Annual Tax: $1,381.00

**2** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 10/31/2005
**2nd Quarterly Payment: $345.25**
Annual Tax: $1,381.00

LINCOLN 3rd QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 01/31/2006
**3rd Quarterly Payment: $345.25**
Annual Tax: $1,381.00

LINCOLN 4th QUARTERLY PAYMENT 2005

**4** Real / Tangible

Account Number: 16-36785-00
Owner: PUBLIC SELF STORAGE INC
Payment Due Date: 04/30/2006
**4th Quarterly Payment: $345.25**
Annual Tax: $1,381.00

CURRENT TAX BILL — **LINCOLN: 2005 TAX BILL**

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| Furniture/ Fixtures/ Equipment | | | $50,000 | $1,381.00 |

Page 1 of 1

**Total Current Tax Bill $1,381.00**

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 16-36785-00 | 2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

PUBLIC SELF STORAGE INC
%JOHN CULLEN
RT 116 WASHINGTON HWY
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

LINCOLN 1st QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 07/31/2004
**1st Quarterly Payment:** $793.90 778.15
Annual Tax: $3,175.60 3112.60

LINCOLN 2nd QUARTERLY PAYMENT 2004

**2** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 10/31/2004
**2nd Quarterly Payment:** $793.90 778.15
Annual Tax: $3,175.60 3112.60

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 01/31/2005
**3rd Quarterly Payment:** $793.90 778.15
Annual Tax: $3,175.60 3112.60

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 04/30/2005
**4th Quarterly Payment:** $793.90 778.15
Annual Tax: $3,175.60 3112.60

## LINCOLN : 2004 TAX BILL

CURRENT TAX BILL

| Description | | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 29-319.0 at 37 CULLEN HILL RD | | $87,100 | $175,000 256900 | $262,100 4788.62 | $4,885.54 |
| EXEMPTION : Homestead | | | 169800 | 89915 ( $91,735) | ( $1,709.94) - 1676.02 |
| | | | | | 3112.60 |

Abate: $63.00
Reason: Revised Assessment

Page 1 of 1

**Total Current Tax Bill** $3,175.60

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 13-37875-06 — 2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

MILBYNHILL INC.
%JOHN CULLEN
OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2005

**1** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 07/31/2005
**1st Quarterly Payment: $1,256.77**
Annual Tax: $5,027.08

LINCOLN 2nd QUARTERLY PAYMENT 2005

**2** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 10/31/2005
**2nd Quarterly Payment: $1,256.77**
Annual Tax: $5,027.08

LINCOLN 3rd QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 01/31/2006
**3rd Quarterly Payment: $1,256.77**
Annual Tax: $5,027.08

LINCOLN 4th QUARTERLY PAYMENT 2005

**4** Real / Tangible

Account Number: 13-37875-06
Owner: MILBYNHILL INC.
Payment Due Date: 04/30/2006
**4th Quarterly Payment: $1,256.77**
Annual Tax: $5,027.08

CURRENT TAX BILL

## LINCOLN : 2005 TAX BILL

| Description | | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 29-319.0 at 37 CULLEN HILL RD | | $87,100 | $175,000 PROTEST 169,800 | $262,100 | $5,027.08 |

Page 1 of 1

**Total Current Tax Bill $5,027.08**

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 13-37875-06 — 2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

MILBYNHILL INC.
%JOHN CULLEN
OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

1st QUARTERLY PAYMENT 2004 LINCOLN

**1** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 07/31/2004
**1st Quarterly Payment:** $655.80 646.70
Annual Tax: $2,623.11 2586.77

LINCOLN 2nd QUARTERLY PAYMENT 2004

**2** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 10/31/2004
**2nd Quarterly Payment:** $655.77 646.69
Annual Tax: $2,623.11 2586.77

LINCOLN 3rd QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 01/31/2005
**3rd Quarterly Payment:** $655.77 646.69
Annual Tax: $2,623.11 2584.77

LINCOLN 4th QUARTERLY PAYMENT 2004

**4** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 04/30/2005
**4th Quarterly Payment:** $655.77 646.69
Annual Tax: $2,623.11 2586.77

CURRENT TAX BILL

## LINCOLN : 2004 TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| 29-336.0 at 95 OLD RIVER RD<br>EXEMPTION : Homestead | $94,800 | 213500 $121,700<br>118700 | $216,500<br>( $75,775)<br>-74725 | 3979.64 $4,035.56<br>( $1,412.45)<br>-139287 |
| Abate: $36.34<br>Reason: Revised Assessment | | | | 2586.77 |

Page 1 of 1

**Total Current Tax Bill** $2,623.11

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 03-45700-06 2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln, Tax Collector, PO Box 100, Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

CULLEN ELEANOR ESTATE
%JOHN CULLEN
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2005

**1** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 07/31/2005
**1st Quarterly Payment:** **$1,038.14**
Annual Tax: $4,152.47

LINCOLN 2nd QUARTERLY PAYMENT 2005

**2** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 10/31/2005
**2nd Quarterly Payment:** **$1,038.11**
Annual Tax: $4,152.47

LINCOLN 3rd QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 01/31/2006
**3rd Quarterly Payment:** **$1,038.11**
Annual Tax: $4,152.47

LINCOLN 4th QUARTERLY PAYMENT 2005

**4** Real / Tangible

Account Number: 03-45700-06
Owner: CULLEN ELEANOR ESTATE
Payment Due Date: 04/30/2006
**4th Quarterly Payment:** **$1,038.11**
Annual Tax: $4,152.47

CURRENT TAX BILL

## LINCOLN - 2005 TAX BILL

| Description | Land | Building | Exemption | Annual Tax |
|---|---|---|---|---|
| 29-336.0 at 95 OLD RIVER RD | $94,800 | $121,700 118,700 | $216,500 | $4,152.47 |

Page 1 of 1

**Total Current Tax Bill** **$4,152.47**

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number: 03-45700-06

2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to:
Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

CULLEN ELEANOR ESTATE
%JOHN CULLEN
99 OLD RIVER RD.
LINCOLN RI 02865

*If any Installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

1st QUARTERLY PAYMENT 2004 | LINCOLN 2nd QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 07/31/2004
**1st Quarterly Payment:** ~~$1,693.91~~ 1504.73
Annual Tax: ~~$6,775.64~~ 6018.86

**2** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 10/31/2004
**2nd Quarterly Payment:** ~~$1,693.91~~ 1504.71
Annual Tax: ~~$6,775.64~~ 6018.86

LINCOLN 3rd QUARTERLY PAYMENT 2004 | LINCOLN 4th QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 01/31/2005
**3rd Quarterly Payment:** ~~$1,693.91~~ 1504.71
Annual Tax: ~~$6,775.64~~ 6018.86

**4** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 04/30/2005
**4th Quarterly Payment:** ~~$1,693.91~~ 1504.71
Annual Tax: ~~$6,775.64~~ 6018.86

## LINCOLN : 2004 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| 94.0 at 103 OLD RIVER RD | $102,100 | ~~$261,400~~ 220800 | ~~$363,500~~ 322900 | ~~$6,775.64~~ 6018.86 |

$756.78
Note: Revised
Reason: Assessment

1 of 1

6018.86

**Total Current Tax Bill** ~~$6,775.64~~

PAST DUE TAX BILLS

| Description | Original Bill | - Adjustments | - Payments | = Balance Due | + Interest | = Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Number: 03-45780-00 | 2004 Tax Assessed as of 12/31/2003

Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

CULLEN JOHN J & BARBARA
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemption on owner-occupied homes (up to 7 living units), you must apply at the Tax Assessor's office and present your driver's license and a utility bill showing your residential address

1st QUARTERLY PAYMENT 2005 — LINCOLN

**1** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 07/31/2005
**1st Quarterly Payment:** **$1,742.99**
Annual Tax: $6,971.93

LINCOLN — 2nd QUARTERLY PAYMENT 2005

**2** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 10/31/2005
**2nd Quarterly Payment:** **$1,742.98**
Annual Tax: $6,971.93

LINCOLN — 3rd QUARTERLY PAYMENT 2005

**3** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 01/31/2006
**3rd Quarterly Payment:** **$1,742.98**
Annual Tax: $6,971.93

LINCOLN — 4th QUARTERLY PAYMENT 2005

**4** Real / Tangible

Account Number: 03-45780-00
Owner: CULLEN JOHN J & BARBARA
Payment Due Date: 04/30/2006
**4th Quarterly Payment:** **$1,742.98**
Annual Tax: $6,971.93

## LINCOLN - 2005 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| 29-294.0 at 103 OLD RIVER RD | $102,100 | $261,400 | $363,500 | $6,971.93 |

age 1 of 1

**Total Current Tax Bill** **$6,971.93**

AST DUE TAX BILLS

| escription | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

unt Number: 03-45780-00 — 2005 Tax Assessed as of 12/31/2004

nit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

CULLEN JOHN J & BARBARA
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

LINCOLN 1st QUARTERLY PAYMENT 2004 | LINCOLN 2nd QUARTERLY PAYMENT 2004

**1** Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 07/31/2004
**1st Quarterly Payment:** $1,178.50 1098.35
Annual Tax: $4,714.00 4393.37

**2** Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 10/31/2004
**2nd Quarterly Payment:** $1,178.50 1098.34
Annual Tax: $4,714.00 4393.37

LINCOLN 3rd QUARTERLY PAYMENT 2004 | LINCOLN 4th QUARTERLY PAYMENT 2004

**3** Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. & 938.03
Payment Due Date: 01/31/2005
**3rd Quarterly Payment:** $1,178.50 1098.34
Annual Tax: $4,714.00 4393.37

**4** Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 04/30/2005
**4th Quarterly Payment:** $1,178.50 1098.34
Annual Tax: $4,714.00 4393.37

## CURRENT TAX BILL — LINCOLN 2004 TAX BILL

| Description | | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 29-289.0 at GEORGE WASHINGTON HWY COMMERCIAL | | $183,200 | $24,100 10,000 | $207,200 193,200 | $4,714.00 4393.37 |

Abate: $320.63
Reason: Reval Adjustment

4393.37

Page 1 of 1 — **Total Current Tax Bill** $4,714.00

## PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number 03-45785-01 — 2004 Tax Assessed as of 12/31/2003

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 04-05 STATE AID TO LINCOLN: $7,699,764 TAX RATE REDUCED BY $4.38/$1000

| Tax Rate: | Real | Tangible | Inventory |
|---|---|---|---|
| School | 12.80 | 18.43 | 6.74 |
| Municipal | 5.84 | 8.41 | 3.08 |
| Overall | 18.64 | 26.84 | 9.82 |

CULLEN JOHN J. &
MONTIGNY ROLAND
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the enti[re] unpaid balance shall become due and carry until collected a[t] interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter
*In order to continue receiving the Homestead Exemptio[n] owner-occupied homes (up to 7 living units), you must [...] the Tax Assessor's office and present your driver's licen[se] utility bill showing your residential address

LINCOLN 1st QUARTERLY PAYMENT 2005

**1**
Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 07/31/2005
**1st Quarterly Payment: $1,212.72**
Annual Tax: $4,850.82

LINCOLN 2nd QUARTERLY PAYMENT 2005

**2**
Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 10/31/2005
**2nd Quarterly Payment: $1,212.70**
Annual Tax: $4,850.82

LINCOLN 3rd QUARTERLY PAYMENT 2005

**3**
Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 01/31/2006
**3rd Quarterly Payment: $1,212.70**
Annual Tax: $4,850.82

LINCOLN 4th QUARTERLY PAYMENT 2005

**4**
Real / Tangible

Account Number: 03-45785-01
Owner: CULLEN JOHN J. &
Payment Due Date: 04/30/2006
**4th Quarterly Payment: $1,212.70**
Annual Tax: $4,850.82

## LINCOLN 2005 TAX BILL

CURRENT TAX BILL

| Description | Land | Building | Valuation | Annual Tax |
|---|---|---|---|---|
| 29-289.0 at GEORGE WASHINGTON HWY COMMERCIAL | $183,200 | $24,100 | $207,300 | $4,850.82 |

Page 1 of 1

**Total Current Tax Bill** $4,850.82

PAST DUE TAX BILLS

| Description | Original Bill | Adjustments | Payments | Balance Due | Interest | Amount Due |
|---|---|---|---|---|---|---|

This account has no past due bills.

Account Number 03-45785-01 — 2005 Tax Assessed as of 12/31/2004

Remit Tax Payment with Stub to: Town of Lincoln
Tax Collector
PO Box 100
Lincoln, RI 02865

State Aid: FY 05-06 STATE AID TO LINCOLN: $15,698,571 TAX RATE REDUCED BY $7.67/$1000

| Tax Rate: | Real | Com/Ind | Tangible | Inventory |
|---|---|---|---|---|
| School | 13.36 | 16.30 | 19.24 | 5.13 |
| Municipal | 5.82 | 7.10 | 8.38 | 2.24 |
| Overall | 19.18 | 23.40 | 27.62 | 7.37 |

CULLEN JOHN J. &
MONTIGNY ROLAND
99 OLD RIVER RD.
LINCOLN RI 02865

*If any installment is not paid by the due date, then the entire unpaid balance shall become due and carry until collected an interest rate of 12% per annum from the date the quarterly payment was originally due.
*IMPORTANT INFORMATION ON BACK OF BILL
*Total tax of $100 or less is due in full 1st quarter

MISC./FISCAL OFFICE

%%

R E C E I P T

Rhode Island Justice System

Receipt Number: SCP223010
Date: 03-APR-2006
Cashier: LCY

Payor: I B - CULLEN INC
Address:
DOB:

| Description | Amount |
|---|---|
| Case: PC-2006-1840 | |
| JOHN CULLEN V STEPHEN HORNER | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| Tender Type: | |
|---|---|
| CHECKS-SCP-434 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

MISC./FISCAL OFFICE

MISC./FISCAL OFFICE

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # R 06-1840

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| John Cullen and Barbara Cullen | Stephen Woerner, Finance Director of the Town of Lincoln and David Robert, individually and in his capacity as Tax Assessor, Town of Lincoln |
| PLAINTIFF ID# | PLAINTIFF ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | (X) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) CV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL (X) YES ( ) NO IF YES: (X) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# Stephen H. Burke, #2759 04/03/06

PRO SE/NAME: DATE: TODAY

FILED 2006 APR -3 P 12:38

-223 (REV05-05)