STATE RHODE ISLAND AND PROVIDENCE PLA TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1840 JOHN CULLEN V STEPHEN WOERNER

Filing Date: 04-03-2006
Case Status: UNASSIGNED

Case Type: EXCESSIVE TAX
Status Date: 04-03-2006

Plaintiff: JOHN CULLEN
ID: @10831203
Attorney: STEPHEN BURKE

Plaintiff: BARBARA CULLEN
ID: @10831205
Attorney: STEPHEN BURKE

Defendant: STEPHEN WOERNER FINANCE DIRECTOR O
ID: @10831206

Defendant: DAVID ROBERT TAX ASSESSOR
ID: @10831208

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-03-2006 | COMPLAINT FILED | |
| 04-03-2006 | INITIAL FILING FEE | |
| 04-03-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP223810. |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island