UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN CULLEN, et al.,<br>*Plaintiffs,*<br><br>vs.<br><br>STEPHEN WOERNER, Finance Director for the Town of Lincoln, et al.<br><br>*Defendants.* | 06 192T<br><br>C.A. No. |

**ANSWER**

Now come defendants, Stephen Woerner, Finance Director for the Town of Lincoln, and David Robert, individually and in his official capacity as Tax Assessor of the Town of Lincoln, and hereby answer the plaintiffs' complaint as follows:

1. These defendants admit only that the Plaintiffs own and reside at 99 Old River Lincoln, Rhode Island and the said property is "ratable property" under R.I. Gen. Laws § 44-5-3. The Defendants are without sufficient knowledge to either admit or deny the allegation that the Plaintiffs have owned and lived in the property since 1993 and therefore leave the Plaintiffs to their proof thereof. Defendants admit the first sentence of this paragraph and deny the remaining allegations contained therein.

2. These defendants admit the allegations contained in paragraphs 1, 2 and 3 of that portion of the plaintiffs' complaint entitled, *Parties.*

11. These defendants admit the allegations contained in paragraph 36 of Count III of the plaintiffs' complaint entitled, *Attorney Fees*.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on some of the damages claimed in this matter.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the Tax Injunction Act 28 U.S.C. §1341 as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

These defendants plead that R.I.G.L. § 44-5-26 provides the sole and exclusive remedy for the plaintiffs' allegations.

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 26th day of April 2006, to:

Stephen H. Burke, Esq. (#2759)
RATCLIFFE BURKE HARTEN & ELLAS LLP
1600 Financial Plaza
Providence, RI 02903
(401) 334-3400
(401) 331-3440 fax