**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN CULLEN and** | | |
| **BARBARA CULLEN** | ) | |
| **Plaintiffs** | ) | |
| | ) | **C.A No.: 06-192T** |
| **vs.** | ) | |
| | ) | |
| **STEPHEN WOERNER, Finance Director** | ) | |
| **for the Town of Lincoln, et al.** | ) | **{R.I. Superior Court C.A. No. PC06-1840}** |

**ASSENTED MOTION TO EXTEND TIME WITHIN WHICH TO REPLY TO DEFENDANTS' OBJECTION TO THE PLAINTIFFS' MOTION TO REMAND AND OBJECT TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**

Now come John Cullen and Barbara Cullen and hereby request additional time, up to and including September 4, 2006 within which to reply to the Defendants' Objection to their Motion to Remand and object to the Defendant's Motion for Partial Dismissal.

The undersigned represents that all parties concerned with these motions have agreed to the extension of time and the time period requested.

Respectfully submitted,

Ratcliffe Burke Harten & Elias LLP

/s/ Stephen H. Burke

Stephen H. Burke, #2759
Jenny M. Cordero, #7200
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440
sburke@rbhelaw.com
jcordero@rbhelaw.com

**CERTIFICATION**

I hereby certify that on the ______ day of August, 2006, I delivered a true and accurate copy of the within pleading via first class mail, postage prepaid, to the following:

Marc DeSisto, Esq.
DeSisto Law
311 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ Stephen H. Burke

*Assented Motion for Extension 08 02 06.doc*