UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CULLEN and
BARBARA CULLEN,

*Plaintiff,*

vs. C.A. No. 06-192 T

STEPHEN WOERNER, Finance Director for the Town of Lincoln and DAVID ROBERT, individually and in his official capacity as Tax Assessor of the Town of Lincoln,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Kathleen M. Daniels, hereby enter my appearance in the above-captioned matter on behalf of the Defendants, Stephen Woerner, Finance Director for the Town of Lincoln, and David Robert, individually and in his official capacity as Tax Assessor of the Town of Lincoln.

Defendants,
By their attorney,

/s/Kathleen M. Daniels
Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: kathleen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on October 20, 2006, and is available for viewing and downloading from the ECF system.

Stephen H. Burke, Esq. (#2759)
Ratcliffe Burke Harten & Ellas LLP
1600 Financial Plaza
Providence, RI 02903
(401) 334-3400
(401) 331-3440 fax

/s/ Kathleen M. Daniels