UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CULLEN and
BARBARA CULLEN

Plaintiffs
     v.                                C.A. No.   06-192T

STEPHEN WOERNER, ET AL.

Defendants

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

For reasons stated in open court on October 20, 2006, plaintiffs' motion to remand case to the Providence County Superior Court is hereby granted.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 10/26/06