UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CULLEN and
BARBARA CULLEN

Plaintiffs

v. C.A. No. 06-192T

STEPHEN WOERNER, ET AL.

Defendants

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

For reasons stated in open court on October 20, 2006, plaintiffs' motion to remand case to the Providence County Superior Court is hereby granted.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 10/26/06